# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978* · *(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Baylson, Michael M. | U.S.D.C. Eastern Dist. Of Pa. | 07/27/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - active | ☐ Nomination, Date<br>☐ Initial ☐ Annual ☐ Final<br>5b. ☒ Amended Report | 01/01/2010<br>to<br>12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 3810 U.S. Courthouse<br>601 Market Street<br>Philadelphia, PA 19106 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Baylson, Michael M.**

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 04/27/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | Penn Law School | $10,000.00 |
| 2. 2010 | Temple Law School | $5,330.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Self-Employed Physician |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Law Association | March 26-27, 2010 | New York, NY | Annual Judges Dinner | Travel Expenses |
| 2. | Lawyers for Civil Justice Meeting | May 3-4, 2010 | Washington, DC | Annual Meeting | Travel Expenses |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 04/27/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Ameritrade | Margin Loan | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 04/27/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Alcatel-Lucent | | None | J | T | Buy (add'l) | 03/22/10 | J | | |
| 2. Broadwind Energy | | None | J | T | Buy | 03/10/10 | J | | |
| 3. Cisco Systems Inc. | | None | J | T | | | | | |
| 4. Citigroup Inc. | | None | J | T | | | | | |
| 5. Columbia Labs | | None | K | T | Buy (add'l) | 05/06/10 | J | | |
| 6. Entercom Communications Corp. | | None | K | T | Buy (add'l) | 04/14/10 | J | | |
| 7. | | | | | Buy (add'l) | 05/06/10 | J | | |
| 8. Entech Solar | | None | J | T | Buy | 05/13/10 | J | | |
| 9. First Niagara Financial Group, Inc. | A | Dividend | J | T | | | | | |
| 10. Intel Corp. | A | Dividend | K | T | | | | | |
| 11. LSI Logic | | None | J | T | | | | | |
| 12. MF Global Holdings LTD | | None | J | T | Buy | 03/26/10 | J | | |
| 13. Nokia Corp. ADR | A | Dividend | J | T | | | | | |
| 14. Nortel | | None | J | T | | | | | |
| 15. Oncologix Tech Inc. | | None | J | T | | | | | |
| 16. Opko Health Inc. | | None | J | T | | | | | |
| 17. Pennsylvania Real Estate Invst | A | Dividend | K | T | Buy (add'l) | 03/12/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 04/27/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Pep Boys | A | Dividend | J | T | | | | | |
| 19. Progenics Pharmaceuticals | | None | L | T | Buy (add'l) | 03/12/10 | J | | |
| 20. Prologis | A | Dividend | J | T | Buy (add'l) | 05/06/10 | J | | |
| 21. Qualcomm Communications | A | Dividend | K | T | | | | | |
| 22. Qwest Communications International Inc. | A | Dividend | J | T | | | | | |
| 23. RAIT Financial Trust | | None | J | T | Buy | 03/15/10 | J | | |
| 24. Rentech | | None | J | T | Buy | 01/25/10 | J | | |
| 25. Resource Capital Corp | B | Dividend | J | T | Buy (add'l) | 03/03/10 | J | | |
| 26. Safeguard Scientifics Inc. | | None | K | T | | | | | |
| 27. Solar Enertech.com | | None | J | T | Buy | 05/13/10 | J | | |
| 28. Sun Microsystems Inc. | | None | | | Sold | 01/28/10 | J | A | |
| 29. Taro | | None | K | T | | | | | |
| 30. Teva | A | Dividend | K | T | | | | | |
| 31. Unisys Corp. | | None | J | T | | | | | |
| 32. Washington Mutual | | None | J | T | | | | | |
| 33. | | | | | | | | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 04/27/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fronteir Communications | A | Dividend | J | T | Spinoff (from line 37) | 07/01/10 | J | | |
| 36. International Business Machines | C | Dividend | M | T | | | | | |
| 37. Verizon Communications | D | Dividend | M | T | | | | | |
| 38. Walmart De Mexico SA Sponsored ADR | A | Dividend | J | T | | | | | |
| 39. | | | | | | | | | |
| 40. | | | | | | | | | |
| 41. General Motors Corp. Class H New | | None | | | Closed | 06/02/10 | J | A | |
| 42. Prologis Trust SBI | A | Dividend | J | T | | | | | |
| 43. TPI Enterprise, Inc. | | None | | | Closed | 10/25/10 | J | A | |
| 44. | | | | | | | | | |
| 45. | | | | | | | | | |
| 46. CMF Money Market Portfolio | | None | J | T | | | | | |
| 47. AT&T Corp. | A | Dividend | J | T | | | | | |
| 48. Bank of America | A | Dividend | K | T | | | | | |
| 49. BP Plc Sponsored ADR | | None | K | T | | | | | |
| 50. Conoco Inc. Class B | A | Dividend | K | T | | | | | |
| 51. Equifax Inc. | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,000 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 04/27/2011 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Exelon Corp. | C | Dividend | L | T | | | | | |
| 53. Fidelity National Information Services | A | Dividend | J | T | | | | | |
| 54. General Electric Co. | C | Dividend | M | T | | | | | |
| 55. J.P. Morgan Chase & Co. Common New | A | Dividend | K | T | | | | | |
| 56. LPS Inc. | A | Dividend | J | T | | | | | |
| 57. PNC Financial Services Corp. | A | Dividend | K | T | | | | | |
| 58. NCR Corp. | | None | J | T | | | | | |
| 59. Teradata | | None | J | T | | | | | |
| 60. Wells Fargo (Perviously Wachovia Corp. 2nd) | A | Dividend | J | T | | | | | |
| 61. Western Digital Corp. Del | | None | J | T | | | | | |
| 62. Franklin Mutual Ser Fund Inc. | B | Dividend | L | T | | | | | |
| 63. Henderson International Opportunities Fund | A | Dividend | L | T | | | | | |
| 64. Munder Funds Inc. Netnet Fund Class C | | None | J | T | | | | | |
| 65. | | | | | | | | | |
| 66. | | | | | | | | | |
| 67. Command Money Fund | A | Interest | J | T | | | | | |
| 68. Alcatel-Lucent | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 04/27/2011 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Idearc Inc. | | None | | | Sold | 02/24/10 | J | A | |
| 70. MHM Services Inc. | | None | J | T | | | | | |
| 71. Keycorp. New | | None | J | T | | | | | |
| 72. | | | | | | | | | |
| 73. | | | | | | | | | |
| 74. MSIF Global Franchise Portfolio | A | Dividend | | | Sold | 05/24/10 | K | A | |
| 75. MSIF US Mid Cap Value | A | Dividend | | | Sold | 05/24/10 | K | A | |
| 76. MSIF Global Real Estate | A | Dividend | | | Sold | 05/24/10 | J | A | |
| 77. MSIF Active Intl Allocation | B | Dividend | | | Sold | 05/24/10 | K | A | |
| 78. MSIF Emerging Mkts | A | Dividend | | | Sold | 05/24/10 | J | A | |
| 79. MSIF US Small Cap Value(Formerly MSDW UGMA Small Cap) | | None | | | Sold | 05/24/10 | K | A | |
| 80. MSIF Mid Cap Growth (Formerly MSDW UGMA Mid Cap Growth) | A | Dividend | | | Sold | 05/24/10 | K | C | |
| 81. MSIF Large Cap Relative Value (Formerly MSDW UGMA Equity) | A | Dividend | | | Sold | 05/24/10 | K | A | |
| 82. | | | | | | | | | |
| 83. | | | | | | | | | |
| 84. IRA #1 | E | Dividend | P1 | T | | | | | |
| 85. -Schwab Adv Cash Reserve - IRA #1 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Baylson, Michael M. | 04/27/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Schwab Value Advantage - IRA #1 | | | | | | | | | |
| 87. -Adams Harkness Small Cap Growth - IRA #1 | | | | | Sold (part) | 03/29/10 | J | A | |
| 88. | | | | | Sold (part) | 09/15/10 | J | A | |
| 89. | | | | | Sold (part) | 10/04/10 | J | A | |
| 90. -Baron Growth - IRA #1 | | | | | Buy | 09/17/10 | L | | |
| 91. | | | | | Sold (part) | 10/04/10 | J | A | |
| 92. -BlackRock Low Duration - IRA #1 | | | | | Sold (part) | 01/26/10 | K | A | |
| 93. | | | | | Sold (part) | 02/25/10 | K | A | |
| 94. | | | | | Sold (part) | 04/29/10 | K | A | |
| 95. | | | | | Sold (part) | 07/20/10 | K | C | |
| 96. | | | | | Sold (part) | 12/21/10 | K | A | |
| 97. -Brandywine Fund - IRA #1 | | | | | Sold (part) | 10/04/10 | K | A | |
| 98. | | | | | Sold (part) | 11/10/10 | J | A | |
| 99. -DFA Emerging Mkts - IRA #1 | | | | | Sold (part) | 03/29/10 | J | B | |
| 100. | | | | | Sold (part) | 09/15/10 | J | C | |
| 101. | | | | | Sold (part) | 11/10/10 | J | B | |
| 102. -DFA Intl Small Value - IRA #1 | | | | | Sold (part) | 03/29/10 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 04/27/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. | | | | | Sold (part) | 10/04/10 | J | A | |
| 104. -DFA Intl Value - IRA #1 | | | | | Sold (part) | 03/29/10 | J | A | |
| 105. | | | | | Sold (part) | 09/15/10 | J | A | |
| 106. | | | | | Sold (part) | 10/04/10 | J | A | |
| 107. | | | | | Sold (part) | 11/10/10 | J | A | |
| 108. -DFA One Year Fixed Income - IRA #1 | | | | | Sold (part) | 01/26/10 | K | A | |
| 109. | | | | | Sold (part) | 02/19/10 | J | A | |
| 110. | | | | | Sold (part) | 02/25/10 | K | A | |
| 111. | | | | | Sold (part) | 04/29/10 | J | B | |
| 112. -DFA Short Term Govt Portfolio - IRA #1 | | | | | Buy | 04/29/10 | L | | |
| 113. -DFA US Large Value - IRA #1 | | | | | Sold (part) | 03/29/10 | J | A | |
| 114. | | | | | Sold (part) | 09/15/10 | J | A | |
| 115. | | | | | Sold (part) | 11/10/10 | J | A | |
| 116. -DFA US Micro - IRA #1 | | | | | Sold (part) | 03/29/10 | J | A | |
| 117. | | | | | Sold (part) | 09/15/10 | J | A | |
| 118. -DFA US Small Value - IRA #1 | | | | | Sold (part) | 02/25/10 | J | A | |
| 119. | | | | | Sold (part) | 09/15/10 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 04/27/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (Including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. | | | | | Sold (part) | 11/10/10 | J | A | |
| 121. -Dodge & Cox Stock - IRA #1 | | | | | Sold (part) | 03/29/10 | J | A | |
| 122. | | | | | Sold (part) | 11/10/10 | J | A | |
| 123. -First Eagle Overseas - IRA #1 | | | | | Sold (part) | 03/29/10 | J | A | |
| 124. | | | | | Sold (part) | 10/04/10 | J | A | |
| 125. -Hotchkis & Wiley Large Value - IRA #1 | | | | | Sold (part) | 03/29/10 | J | A | |
| 126. | | | | | Sold (part) | 11/10/10 | J | A | |
| 127. -Hotchkis & Wiley Mid Value - IRA #1 | | | | | Sold (part) | 02/25/10 | J | A | |
| 128. | | | | | Sold (part) | 11/10/10 | J | A | |
| 129. -Janus Fund - IRA #1 | | | | | Sold (part) | 03/29/10 | J | A | |
| 130. | | | | | Sold (part) | 11/10/10 | J | A | |
| 131. -Janus Mid Cap Value - IRA #1 | | | | | Sold (part) | 03/29/10 | J | A | |
| 132. | | | | | Sold (part) | 11/10/10 | J | A | |
| 133. -Janus Overseas - IRA #1 | | | | | Sold (part) | 03/29/10 | K | D | |
| 134. | | | | | Sold (part) | 09/15/10 | J | C | |
| 135. | | | | | Sold (part) | 11/10/10 | J | B | |
| 136. -Metropolitan West Total Return - IRA #1 | | | | | Sold (part) | 01/26/10 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 04/27/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 02/25/10 | K | A | |
| 138. -Morgan Stanley Emerging Mkts - IRA #1 | | | | | Sold (part) | 03/29/10 | J | A | |
| 139. | | | | | Sold (part) | 09/15/10 | J | A | |
| 140. | | | | | Sold (part) | 11/10/10 | J | A | |
| 141. -Morgan Stanley Intl Eqty Fund - IRA #1 | | | | | Sold (part) | 03/29/10 | J | A | |
| 142. | | | | | Sold (part) | 10/04/10 | J | A | |
| 143. | | | | | Sold (part) | 11/10/10 | J | A | |
| 144. -Royce Opportunity - IRA #1 | | | | | Sold (part) | 02/25/10 | J | A | |
| 145. | | | | | Sold (part) | 11/10/10 | J | A | |
| 146. -Royce Value Plus - IRA #1 | | | | | Sold (part) | 03/29/10 | J | A | |
| 147. | | | | | Sold (part) | 11/10/10 | J | A | |
| 148. -Third Ave Intl Value - IRA #1 | | | | | Sold (part) | 03/29/10 | J | A | |
| 149. | | | | | Sold (part) | 09/15/10 | J | A | |
| 150. | | | | | Sold (part) | 11/10/10 | J | A | |
| 151. -Thornburg Intl Value - IRA #1 | | | | | | | | | |
| 152. -Turner Core Growth - IRA #1 | | | | | Sold (part) | 03/29/10 | J | A | |
| 153. | | | | | Sold (part) | 11/10/10 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 04/27/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. -Turner Small Cap Equity - IRA #1 | | | | | Sold (part) | 03/29/10 | J | B | |
| 155. | | | | | Sold | 09/16/10 | L | D | |
| 156. -Westcore Intl Frontier - IRA #1 | | | | | Sold. (part) | 03/29/10 | J | A | |
| 157. | | | | | Sold (part) | 09/15/10 | J | A | |
| 158. | | | | | Sold (part) | 10/04/10 | J | A | |
| 159. -Westcore Mid Cap Value - IRA #1 | | | | | Sold (part) | 03/29/10 | J | A | |
| 160. | | | | | Sold (part) | 09/15/10 | J | A | |
| 161. | | | | | Sold (part) | 11/10/10 | J | A | |
| 162. -Westcore MIDCO Growth - IRA #1 | | | | | Sold (part) | 03/29/10 | K | A | |
| 163. | | | | | Sold (part) | 09/15/10 | J | A | |
| 164. -William Blair Intl Growth - IRA #1 | | | | | Sold (part) | 09/15/10 | K | A | |
| 165. | | | | | Sold (part) | 11/10/10 | J | A | |
| 166. -William Blair Intl Small Cap Growth - IRA #1 | | | | | Sold (part) | 10/04/10 | J | A | |
| 167. -William Blair Large Cap Growth - IRA #1 | | | | | Sold (part) | 09/15/10 | J | A | |
| 168. | | | | | Sold (part) | 11/10/10 | J | A | |
| 169. -William Blair Mid Cap Growth - IRA #1 | | | | | | | | | |
| 170. | | | | | | | | | |

1. Income Gain Codes: A =$1,000 or less   B=$1,001 - $2,500   C=$2,501 - $5,000   D=$5,001 - $15,000   E=$15,001 - $50,000
   (See Columns B1 and D4)   F=$50,001 - $100,000   G=$100,001 - $1,000,000   H1=$1,000,001 - $5,000,000   H2=More than $5,000,000
2. Value Codes   J=$15,000 or less   K=$15,001 - $50,000   L=$50,001 - $100,000   M=$100,001 - $250,000
   (See Columns C1 and D3)   N=$250,001 - $500,000   O=$500,001 - $1,000,000   P1=$1,000,001 - $5,000,000   P2=$5,000,001 - $25,000,000
   P3=$25,000,001 - $50,000,000   P4=More than $50,000,000
3. Value Method Codes   Q=Appraisal   R=Cost (Real Estate Only)   S=Assessment   T=Cash Market
   (See Column C2)   U=Book Value   V=Other   W=Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 04/27/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | | | | | |
| 172. IRA #2 | F | Dividend | P1 | T | | | | | |
| 173. -Schwab Adv Cash Reserve - IRA #2 | | | | | | | | | |
| 174. -Schwab Value Advantage - IRA #2 | | | | | | | | | |
| 175. -Adams Harkness Small Cap Growth - IRA #2 | | | | | | | | | |
| 176. -Baron Growth - IRA #2 | | | | | Buy | 09/17/10 | L | | |
| 177. -BlackRock Low Duration - IRA #2 | | | | | Buy (add'l) | 04/29/10 | J | | |
| 178. -Brandywine Fund - IRA #2 | | | | | | | | | |
| 179. -DFA Emerging Mkts - IRA #2 | | | | | Sold (part) | 04/29/10 | K | D | |
| 180. -DFA-Intl Small Value - IRA #2 | | | | | Sold (part) | 04/29/10 | J | A | |
| 181. -DFA Intl Value - IRA #2 | | | | | | | | | |
| 182. -DFA One Year Fixed Income - IRA #2 | | | | | | | | | |
| 183. -DFA Short Term Gov't Portfolio - IRA #2 | | | | | Buy | 04/29/10 | M | | |
| 184. -DFA US Large Value - IRA #2 | | | | | Sold (part) | 04/29/10 | K | A | |
| 185. -DFA US Small Value - IRA #2 | | | | | Sold (part) | 04/29/10 | K | A | |
| 186. -DFA US Micro - IRA #2 | | | | | Sold (part) | 04/29/10 | J | A | |
| 187. -First Eagle Overseas - IRA #2 | | | | | | | | | |

1. Income Gain Codes:        A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000      G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less         K =$15,001 - $50,000        L =$50,001 - $100,000       M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000     O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                           P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal               R =Cost (Real Estate Only)  S =Assessment               T =Cash Market
   (See Column C2)            U =Book Value              V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 04/27/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Hotchkis & Wiley Large Value - IRA #2 | | | | | Sold (part) | 04/29/10 | K | A | |
| 189. -Hotchkis & Wiley Mid Value - IRA #2 | | | | | Sold (part) | 04/29/10 | K | A | |
| 190. -Janus Mid Cap Value - IRA #2 | | | | | Sold (part) | 04/29/10 | J | A | |
| 191. -Janus Fund - IRA #2 | | | | | | | | | |
| 192. -Janus Overseas - IRA #2 | | | | | Sold (part) | 04/29/10 | J | A | |
| 193. -Metropolitan West Total Return Bond I - IRA # 2 | | | | | Buy (add'l) | 04/29/10 | L | | |
| 194. -Morgan Stanley Emerging Mkts - IRA #2 | | | | | Sold (part) | 04/29/10 | J | A | |
| 195. -Morgan Stanley Intl Eqty Fund - IRA #2 | | | | | | | | | |
| 196. -Royce Opportunity - IRA #2 | | | | | Sold (part) | 04/29/10 | J | A | |
| 197. -Royce Value Plus - IRA #2 | | | | | Sold (part) | 04/29/10 | J | A | |
| 198. -Sound Shore - IRA #2 | | | | | Sold (part) | 04/29/10 | J | A | |
| 199. -Third Ave Intl Value - IRA #2 | | | | | Sold (part) | 04/29/10 | J | A | |
| 200. -Thornburg Intl Value - IRA #2 | | | | | Sold (part) | 04/29/10 | J | A | |
| 201. -Turner Core Growth - IRA #2 | | | | | | | | | |
| 202. -Turner Small Cap Equity - IRA #2 | | | | | Sold | 04/29/10 | L | D | |
| 203. -Westcore Intl Frontier - IRA #2 | | | | | Sold (part) | 04/29/10 | J | A | |
| 204. -Westcore Mid Cap Value - IRA #2 | | | | | Sold (part) | 04/29/10 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 04/27/2011 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -Westcore MIDCO Growth - IRA #2 | | | | | | | | | |
| 206. -William Blair Intl Growth - IRA #2 | | | | | Sold (part) | 04/29/10 | K | A | |
| 207. -William Blair Intl Small Cap Growth - IRA #2 | | | | | Sold (part) | 04/29/10 | J | A | |
| 208. -William Blair Large Cap Growth - IRA #2 | | | | | | | | | |
| 209. -William Blair Mid Cap Growth - IRA #2 | | | | | | | | | |
| 210. | | | | | | | | | |
| 211. | | | | | | | | | |
| 212. SEP IRA#1 | A | Dividend | K | T | | | | | |
| 213. -DFA Global 60/40 - SEP IRA#1 | | | | | Buy | 04/20/10 | K | | |
| 214. -Schwab Advisor Premium Cash Reserve - SEP IRA#1 | | | | | Buy | 04/16/10 | J | | |
| 215. | | | | | | | | | |
| 216. | | | | | | | | | |
| 217. Government of Israel | | None | | | Matured | 01/01/10 | J | A | |
| 218. | | | | | | | | | |
| 219. | | | | | | | | | |
| 220. Rental Property; Philadelphia, PA | E | Rent | O | W | | | | | |
| 221. Greenspan-Baylson Partnership | A | Int./Div. | K | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson; Michael M. | 04/27/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction).. |
|---|---|---|---|---|---|---|---|---|---|
| 222. BB Partnership | | None | K | W | | | | | |
| 223. Zabecor | | None | K | W | | | | | |
| 224. LLR Equity Partners Parallel III | | None | L | U | | | | | |
| 225. Planet Data Acq. | | None | K | W | | | | | |
| 226. Menlo Acquisitions Corp. | | None | | | Closed | 01/01/10 | J | A | |
| 227. Advanced Reproductive Care | | None | J | W | | | | | |
| 228. Baumrin et al Partnership | | None | K | W | | | | | |
| 229. Keystone Property | | None | J | W | Buy | 02/15/10 | J | | |
| 230. Versa Capital | B | Interest | K | W | Buy | 01/22/10 | K | | |
| Schwab Adv. Cash Reserve - Brokerage #1 (Y) | | | | | | | | | |

1. Income Gain Codes:  A =$1,000 or less   B=$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 04/27/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

line 231: The value of this account is #375, which is less than the $1,000 qualifying requirement.

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 7/27/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature      M. Baylson

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Baylson, Michael M. | U.S.D.C. Eastern Dist. Of Pa. | 04/27/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - active | ☐ Nomination,    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2010 <br> to <br> 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 3810 U.S. Courthouse <br> 601 Market Street <br> Philadelphia, PA 19106 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Baylson, Michael M. A**

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 04/27/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | Penn Law School | $10,000.00 |
| 2. 2010 | Temple Law School | $5,330.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Self-Employed Physician |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Law Association | March 26-27, 2010 | New York, NY | Annual Judges Dinner | Travel Expenses |
| 2. | Lawyers for Civil Justice Meeting | May 3-4, 2010 | Washington, DC | Annual Meeting | Travel Expenses |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 04/27/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Ameritrade | Margin Loan | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 04/27/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Alcatel-Lucent | | None | J | T | Buy (add'l) | 03/22/10 | J | | |
| 2. Broadwind Energy | | None | J | T | Buy | 03/10/10 | J | | |
| 3. Cisco Systems Inc. | | None | J | T | | | | | |
| 4. Citigroup Inc. | | None | J | T | | | | | |
| 5. Columbia Labs | | None | K | T | Buy (add'l) | 05/06/10 | J | | |
| 6. Entercom Communications Corp. | | None | K | T | Buy (add'l) | 04/14/10 | J | | |
| 7. | | | | | Buy (add'l) | 05/06/10 | J | | |
| 8. Entech Solar | | None | J | T | Buy | 05/13/10 | J | | |
| 9. First Niagara Financial Group, Inc. | A | Dividend | J | T | | | | | |
| 10. Intel Corp. | A | Dividend | K | T | | | | | |
| 11. LSI Logic | | None | J | T | | | | | |
| 12. MF Global Holdings LTD | | None | J | T | Buy | 03/26/10 | J | | |
| 13. Nokia Corp. ADR | A | Dividend | J | T | | | | | |
| 14. Nortel | | None | J | T | | | | | |
| 15. Oncologix Tech Inc. | | None | J | T | | | | | |
| 16. Opko Health Inc. | | None | J | T | | | | | |
| 17. Pennsylvania Real Estate Invst | A | Dividend | K | T | Buy (add'l) | 03/12/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 04/27/2011 |

## VII. INVESTMENTS and TRUSTS *– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | Pep Boys | A | Dividend | J | T | | | | | |
| 19. | Progenics Pharmaceuticals | | None | L | T | Buy (add'l) | 03/12/10 | J | | |
| 20. | Prologis | A | Dividend | J | T | Buy (add'l) | 05/06/10 | J | | |
| 21. | Qualcomm Communications | A | Dividend | K | T | | | | | |
| 22. | Qwest Communications International Inc. | A | Dividend | J | T | | | | | |
| 23. | RAIT Financial Trust | | None | J | T | Buy | 03/15/10 | J | | |
| 24. | Rentech | | None | J | T | Buy | 01/25/10 | J | | |
| 25. | Resource Capital Corp | B | Dividend | J | T | Buy (add'l) | 03/03/10 | J | | |
| 26. | Safeguard Scientifics Inc. | | None | K | T | | | | | |
| 27. | Solar Enertech.com | | None | J | T | Buy | 05/13/10 | J | | |
| 28. | Sun Microsystems Inc. | | None | | | Sold | 01/28/10 | J | A | |
| 29. | Taro | | None | K | T | | | | | |
| 30. | Teva | A | Dividend | K | T | | | | | |
| 31. | Unisys Corp. | | None | J | T | | | | | |
| 32. | Washington Mutual | | None | J | T | | | | | |
| 33. | | | | | | | | | | |
| 34. | | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Fronteir Communications | A | Dividend | J | T | Spinoff (from line 37) | 07/01/10 | J | | |
| 36. International Business Machines | C | Dividend | M | T | | | | | |
| 37. Verizon Communications | D | Dividend | M | T | | | | | |
| 38. Walmart De Mexico SA Sponsored ADR | A | Dividend | J | T | | | | | |
| 39. | | | | | | | | | |
| 40. | | | | | | | | | |
| 41. General Motors Corp. Class H New | | None | | | Closed | 06/02/10 | J | A | |
| 42. Prologis Trust SBI | A | Dividend | J | T | | | | | |
| 43. TPI Enterprise, Inc. | | None | | | Closed | 10/25/10 | J | A | |
| 44. | | | | | | | | | |
| 45. | | | | | | | | | |
| 46. CMF Money Market Portfolio | | None | J | T | | | | | |
| 47. AT&T Corp. | A | Dividend | J | T | | | | | |
| 48. Bank of America | A | Dividend | K | T | | | | | |
| 49. BP Plc Sponsored ADR | | None | K | T | | | | | |
| 50. Conoco Inc. Class B | A | Dividend | K | T | | | | | |
| 51. Equifax Inc. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 04/27/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Exelon Corp. | C | Dividend | L | T | | | | | |
| 53. Fidelity National Information Services | A | Dividend | J | T | | | | | |
| 54. General Electric Co. | C | Dividend | M | T | | | | | |
| 55. J.P. Morgan Chase & Co. Common New | A | Dividend | K | T | | | | | |
| 56. LPS Inc. | A | Dividend | J | T | | | | | |
| 57. PNC Financial Services Corp. | A | Dividend | K | T | | | | | |
| 58. NCR Corp. | | None | J | T | | | | | |
| 59. Teradata | | None | J | T | | | | | |
| 60. Wells Fargo (Perviously Wachovia Corp. 2nd) | A | Dividend | J | T | | | | | |
| 61. Western Digital Corp. Del | | None | J | T | | | | | |
| 62. Franklin Mutual Ser Fund Inc. | B | Dividend | L | T | | | | | |
| 63. Henderson International Opportunities Fund | A | Dividend | L | T | | | | | |
| 64. Munder Funds Inc. Netnet Fund Class C | | None | J | T | | | | | |
| 65. | | | | | | | | | |
| 66. | | | | | | | | | |
| 67. Command Money Fund | A | Interest | J | T | | | | | |
| 68. Alcatel-Lucent | | None | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Idearc Inc. | | None | | | Sold | 02/24/10 | J | A | |
| 70. MHM Services Inc. | | None | J | T | | | | | |
| 71. Keycorp. New | | None | J | T | | | | | |
| 72. | | | | | | | | | |
| 73. | | | | | | | | | |
| 74. MSIF Global Franchise Portfolio | A | Dividend | | | Sold | 05/24/10 | K | A | |
| 75. MSIF US Mid Cap Value | A | Dividend | | | Sold | 05/24/10 | K | A | |
| 76. MSIF Global Real Estate | A | Dividend | | | Sold | 05/24/10 | J | A | |
| 77. MSIF Active Intl Allocation | B | Dividend | | | Sold | 05/24/10 | K | A | |
| 78. MSIF Emerging Mkts | A | Dividend | | | Sold | 05/24/10 | J | A | |
| 79. MSIF US Small Cap Value(Formerly MSDW UGMA Small Cap) | | None | | | Sold | 05/24/10 | K | A | |
| 80. MSIF Mid Cap Growth (Formerly MSDW UGMA Mid Cap Growth) | A | Dividend | | | Sold | 05/24/10 | K | C | |
| 81. MSIF Large Cap Relative Value (Formerly MSDW UGMA Equity) | A | Dividend | | | Sold | 05/24/10 | K | A | |
| 82. | | | | | | | | | |
| 83. | | | | | | | | | |
| 84. IRA #1 | E | Dividend | P1 | T | | | | | |
| 85. -Schwab Adv Cash Reserve - IRA #1 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 04/27/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. -Schwab Value Advantage - IRA #1 | | | | | | | | | |
| 87. -Adams Harkness Small Cap Growth - IRA #1 | | | | | Sold (part) | 03/29/10 | J | A | |
| 88. | | | | | Sold (part) | 09/15/10 | J | A | |
| 89. | | | | | Sold (part) | 10/04/10 | J | A | |
| 90. -Baron Growth - IRA #1 | | | | | Buy | 09/17/10 | L | | |
| 91. | | | | | Sold (part) | 10/04/10 | J | A | |
| 92. -BlackRock Low Duration - IRA #1 | | | | | Sold (part) | 01/26/10 | K | A | |
| 93. | | | | | Sold (part) | 02/25/10 | K | A | |
| 94. | | | | | Sold (part) | 04/29/10 | K | A | |
| 95. | | | | | Sold (part) | 07/20/10 | K | C | |
| 96. | | | | | Sold (part) | 12/21/10 | K | A | |
| 97. -Brandywine Fund - IRA #1 | | | | | Sold (part) | 10/04/10 | K | A | |
| 98. | | | | | Sold (part) | 11/10/10 | J | A | |
| 99. -DFA Emerging Mkts - IRA #1 | | | | | Sold (part) | 03/29/10 | J | B | |
| 100. | | | | | | 09/15/10 | J | C | |
| 101. | | | | | | 11/10/10 | J | B | |
| 102. -DFA Intl Small Value - IRA #1 | | | | | Sold (part) | 03/29/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 04/27/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | 10/04/10 | J | A | |
| 104.  -DFA Intl Value - IRA #1 | | | | | Sold (part) | 03/29/10 | J | A | |
| 105. | | | | | Sold (part) | 09/15/10 | J | A | |
| 106. | | | | | Sold (part) | 10/04/10 | J | A | |
| 107. | | | | | Sold (part) | 11/10/10 | J | A | |
| 108.  -DFA One Year Fixed Income - IRA #1 | | | | | Sold (part) | 01/26/10 | K | A | |
| 109. | | | | | Sold (part) | 02/19/10 | J | A | |
| 110. | | | | | Sold (part) | 02/25/10 | K | A | |
| 111. | | | | | Sold (part) | 04/29/10 | J | B | |
| 112.  -DFA Short Term Govt Portfolio - IRA #1 | | | | | Buy | 04/29/10 | L | | |
| 113.  -DFA US Large Value - IRA #1 | | | | | Sold (part) | 03/29/10 | J | A | |
| 114. | | | | | Sold (part) | 09/15/10 | J | A | |
| 115. | | | | | Sold (part) | 11/10/10 | J | A | |
| 116.  -DFA US Micro - IRA #1 | | | | | Sold (part) | 03/29/10 | J | A | |
| 117. | | | | | Sold (part) | 09/15/10 | J | A | |
| 118.  -DFA US Small Value - IRA #1 | | | | | Sold (part) | 02/25/10 | J | A | |
| 119. | | | | | Sold (part) | 09/15/10 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 04/27/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 11/10/10 | J | A | |
| 121. -Dodge & Cox Stock - IRA #1 | | | | | Sold (part) | 03/29/10 | J | A | |
| 122. | | | | | Sold (part) | 11/10/10 | J | A | |
| 123. -First Eagle Overseas - IRA #1 | | | | | Sold (part) | 03/29/10 | J | A | |
| 124. | | | | | Sold (part) | 10/04/10 | J | A | |
| 125. -Hotchkis & Wiley Large Value - IRA #1 | | | | | Sold (part) | 03/29/10 | J | A | |
| 126. | | | | | Sold (part) | 11/10/10 | J | A | |
| 127. -Hotchkis & Wiley Mid Value - IRA #1 | | | | | Sold (part) | 02/25/10 | J | A | |
| 128. | | | | | Sold (part) | 11/10/10 | J | A | |
| 129. -Janus Fund - IRA #1 | | | | | Sold (part) | 03/29/10 | J | A | |
| 130. | | | | | Sold (part) | 11/10/10 | J | A | |
| 131. -Janus Mid Cap Value - IRA #1 | | | | | Sold (part) | 03/29/10 | J | A | |
| 132. | | | | | Sold (part) | 11/10/10 | J | A | |
| 133. -Janus Overseas - IRA #1 | | | | | Sold (part) | 03/29/10 | K | D | |
| 134. | | | | | Sold (part) | 09/15/10 | J | C | |
| 135. | | | | | Sold (part) | 11/10/10 | J | B | |
| 136. -Metropolitan West Total Return - IRA #1 | | | | | Sold (part) | 01/26/10 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 04/27/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 02/25/10 | K | A | |
| 138. -Morgan Stanley Emerging Mkts - IRA #1 | | | | | Sold (part) | 03/29/10 | J | A | |
| 139. | | | | | Sold (part) | 09/15/10 | J | A | |
| 140. | | | | | Sold (part) | 11/10/10 | J | A | |
| 141. -Morgan Stanley Intl Eqty Fund - IRA #1 | | | | | Sold (part) | 03/29/10 | J | A | |
| 142. | | | | | Sold (part) | 10/04/10 | J | A | |
| 143. | | | | | Sold (part) | 11/10/10 | J | A | |
| 144. -Royce Opportunity - IRA #1 | | | | | Sold (part) | 02/25/10 | J | A | |
| 145. | | | | | Sold (part) | 11/10/10 | J | A | |
| 146. -Royce Value Plus - IRA #1 | | | | | Sold (part) | 03/29/10 | J | A | |
| 147. | | | | | Sold (part) | 11/10/10 | J | A | |
| 148. -Third Ave Intl Value - IRA #1 | | | | | Sold (part) | 03/29/10 | J | A | |
| 149. | | | | | Sold (part) | 09/15/10 | J | A | |
| 150. | | | | | Sold (part) | 11/10/10 | J | A | |
| 151. -Thornburg Intl Value - IRA #1 | | | | | | | | | |
| 152. -Turner Core Growth - IRA #1 | | | | | Sold (part) | 03/29/10 | J | A | |
| 153. | | | | | Sold (part) | 11/10/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 04/27/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. -Turner Small Cap Equity - IRA #1 | | | | | Sold (part) | 03/29/10 | J | B | |
| 155. | | | | | Sold | 09/16/10 | L | D | |
| 156. -Westcore Intl Frontier - IRA #1 | | | | | Sold (part) | 03/29/10 | J | A | |
| 157. | | | | | Sold (part) | 09/15/10 | J | A | |
| 158. | | | | | Sold (part) | 10/04/10 | J | A | |
| 159. -Westcore Mid Cap Value - IRA #1 | | | | | Sold (part) | 03/29/10 | J | A | |
| 160. | | | | | Sold (part) | 09/15/10 | J | A | |
| 161. | | | | | Sold (part) | 11/10/10 | J | A | |
| 162. -Westcore MIDCO Growth - IRA #1 | | | | | Sold (part) | 03/29/10 | K | A | |
| 163. | | | | | Sold (part) | 09/15/10 | J | A | |
| 164. -William Blair Intl Growth - IRA #1 | | | | | Sold (part) | 09/15/10 | K | A | |
| 165. | | | | | Sold (part) | 11/10/10 | J | A | |
| 166. -William Blair Intl Small Cap Growth - IRA #1 | | | | | Sold (part) | 10/04/10 | J | A | |
| 167. -William Blair Large Cap Growth - IRA #1 | | | | | Sold (part) | 09/15/10 | J | A | |
| 168. | | | | | Sold (part) | 11/10/10 | J | A | |
| 169. -William Blair Mid Cap Growth - IRA #1 | | | | | | | | | |
| 170. | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 04/27/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | | | | | |
| 172. IRA #2 | F | Dividend | P1 | T | | | | | |
| 173. -Schwab Adv Cash Reserve - IRA #2 | | | | | | | | | |
| 174. -Schwab Value Advantage - IRA #2 | | | | | | | | | |
| 175. -Adams Harkness Small Cap Growth - IRA #2 | | | | | | | | | |
| 176. -Baron Growth - IRA #2 | | | | | Buy | 09/17/10 | L | | |
| 177. -BlackRock Low Duration - IRA #2 | | | | | Buy (add'l) | 04/29/10 | J | | |
| 178. -Brandywine Fund - IRA #2 | | | | | | | | | |
| 179. -DFA Emerging Mkts - IRA #2 | | | | | Sold (part) | 04/29/10 | K | D | |
| 180. -DFA-Intl Small Value - IRA #2 | | | | | Sold (part) | 04/29/10 | J | A | |
| 181. -DFA Intl Value - IRA #2 | | | | | | | | | |
| 182. -DFA One Year Fixed Income - IRA #2 | | | | | | | | | |
| 183. -DFA Short Term Gov't Portfolio - IRA #2 | | | | | Buy | 04/29/10 | M | | |
| 184. -DFA US Large Value - IRA #2 | | | | | Sold (part) | 04/29/10 | K | A | |
| 185. -DFA US Small Value - IRA #2 | | | | | Sold (part) | 04/29/10 | K | A | |
| 186. -DFA US Micro - IRA #2 | | | | | Sold (part) | 04/29/10 | J | A | |
| 187. -First Eagle Overseas - IRA #2 | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 04/27/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Hotchkis & Wiley Large Value - IRA #2 | | | | | Sold (part) | 04/29/10 | K | A | |
| 189. -Hotchkis & Wiley Mid Value - IRA #2 | | | | | Sold (part) | 04/29/10 | K | A | |
| 190. -Janus Mid Cap Value - IRA #2 | | | | | Sold (part) | 04/29/10 | J | A | |
| 191. -Janus Fund - IRA #2 | | | | | | | | | |
| 192. -Janus Overseas - IRA #2 | | | | | Sold (part) | 04/29/10 | J | A | |
| 193. -Metropolitan West Total Return Bond I - IRA # 2 | | | | | Buy (add'l) | 04/29/10 | L | | |
| 194. -Morgan Stanley Emerging Mkts - IRA #2 | | | | | Sold (part) | 04/29/10 | J | A | |
| 195. -Morgan Stanley Intl Eqty Fund - IRA #2 | | | | | | | | | |
| 196. -Royce Opportunity - IRA #2 | | | | | Sold (part) | 04/29/10 | J | A | |
| 197. -Royce Value Plus - IRA #2 | | | | | Sold (part) | 04/29/10 | J | A | |
| 198. -Sound Shore - IRA #2 | | | | | Sold (part) | 04/29/10 | J | A | |
| 199. -Third Ave Intl Value - IRA #2 | | | | | Sold (part) | 04/29/10 | J | A | |
| 200. -Thornburg Intl Value - IRA #2 | | | | | Sold (part) | 04/29/10 | J | A | |
| 201. -Turner Core Growth - IRA #2 | | | | | | | | | |
| 202. -Turner Small Cap Equity - IRA #2 | | | | | Sold | 04/29/10 | L | D | |
| 203. -Westcore Intl Frontier - IRA #2 | | | | | Sold (part) | 04/29/10 | J | A | |
| 204. -Westcore Mid Cap Value - IRA #2 | | | | | Sold (part) | 04/29/10 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 04/27/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. -Westcore MIDCO Growth - IRA #2 | | | | | | | | | |
| 206. -William Blair Intl Growth - IRA #2 | | | | | Sold (part) | 04/29/10 | K | A | |
| 207. -William Blair Intl Small Cap Growth - IRA #2 | | | | | Sold (part) | 04/29/10 | J | A | |
| 208. -William Blair Large Cap Growth - IRA #2 | | | | | | | | | |
| 209. -William Blair Mid Cap Growth - IRA #2 | | | | | | | | | |
| 210. | | | | | | | | | |
| 211. | | | | | | | | | |
| 212. SEP IRA#1 | A | Dividend | K | T | | | | | |
| 213. -DFA Global 60/40 - SEP IRA#1 | | | | | Buy | 04/20/10 | K | | |
| 214. -Schwab Advisor Premium Cash Reserve - SEP IRA#1 | | | | | Buy | 04/16/10 | J | | |
| 215. | | | | | | | | | |
| 216. | | | | | | | | | |
| 217. Government of Israel | | None | | | Matured | 01/01/10 | J | A | |
| 218. | | | | | | | | | |
| 219. | | | | | | | | | |
| 220. Rental Property; Philadelphia, PA | E | Rent | O | W | | | | | |
| 221. Greenspan-Baylson Partnership | A | Int./Div. | K | U | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 04/27/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. BB Partnership | | None | K | W | | | | | |
| 223. Zabecor | | None | K | W | | | | | |
| 224. LLR Equity Partners Parallel III | | None | L | U | | | | | |
| 225. Planet Data Acq. | | None | K | W | | | | | |
| 226. Menlo Acquisitions Corp. | | None | | | Closed | 01/01/10 | J | A | |
| 227. Advanced Reproductive Care | | None | J | W | | | | | |
| 228. Baumrin et al Partnership | | None | K | W | | | | | |
| 229. Keystone Property | | None | J | W | Buy | 02/15/10 | J | | |
| 230. Versa Capital | B | Interest | K | W | Buy | 01/22/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 04/27/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael M. Baylson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544